## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELEANOR TURBERG, <br><br>     Plaintiff, <br><br> v. <br><br> SUNOCO, INC., IRENE C. BRITT, CHRIS C. CASCIATO, WILLIAM H. EASTER, III, GARY W. EDWARDS, URSULA O. FAIRBAIRN, JOHN P. JONES, III, JAMES G. KAISER, BRIAN P. MACDONALD, JOHN K. WULFF, ENERGY TRANSFER PARTNERS, L.P., KELCY L. WARREN, MARTIN SALINAS, JR., BILL W. BYRNE, MARSHALL S. MCCREA, III, PAUL E. GLASKE, TED COLLINS, JR. AND MICHAEL K. GRIMM <br><br>     Defendants. | Civ. Action No. 2:12-cv-03831-PD <br><br> Hon. Paul S. Diamond |

### NOTICE OF VOLUNTARY PARTIAL DISMISSAL

Pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1), Plaintiff Eleanor Turberg voluntarily dismisses without prejudice Counts III and IV the above-entitled action against Energy Transfer Partners, L.P., Kelcy L. Warren, Martin Salinas, Jr., Bill W. Byrne, Marshall S. McCrea, III, Paul E. Glaske, Ted Collins, Jr. and Michael K. Grimm (collectively, the "ETP Defendants"), with each party to bear its own costs.

No opposing party has served either an answer or a motion for summary judgment in the present case, and no opposing party has filed a counterclaim.

Plaintiff has not previously dismissed any federal or state court action based on or including the same claims as she asserted against the ETP Defendants in this action.

2

Pursuant to Fed. R. Civ. P. 41(a)(1)(B), Plaintiff's Notice of Voluntary Dismissal of Claims III and IV against the ETP Defendants does not and cannot operate as an adjudication on the merits of any aspect of her claim.

Dated: September 6, 2012                    Respectfully submitted,

By:_s/ Sandra G. Smith
Jacob A. Goldberg, Esq.
Email:  jgoldberg@faruqilaw.com
Sandra G. Smith, Esquire
Email:  ssmith@faruqilaw.com
FARUQI & FARUQI, LLP
101 Greenwood Avenue, Suite 600
Jenkintown, PA 19046
Telephone:  (215) 277-5770
Facsimile:  (215) 277-5771

*Counsel for Plaintiff*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of September, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

By:_s/Sandra G. Smith, Esq.____

3

**SERVICE LIST**

Jacob A. Goldberg, Esq.
Email:  jgoldberg@faruqilaw.com
Sandra G. Smith, Esquire
Email:  ssmith@faruqilaw.com
FARUQI & FARUQI, LLP
101 Greenwood Avenue, Suite 600
Jenkintown, PA 19046
Telephone:  (215) 277-5770
Facsimile:  (215) 277-5771
**Method of Service:**  CM/ECF
*Counsel for Plaintiff*

M. Norman Goldberger
David Pittinsky
Laura E. Krabill
Erin E. Kepplinger
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215) 665-8500
goldbergerm@ballardspahr.com
pittinsky@ballardspahr.com
krabill@ballardspahr.com
kepplingere@ballardspahr.com
**Method of Service:**  CM/ECF

*Counsel for Defendants Sunoco, Inc.*
*Irene C. Britt, Chris C. Casciato, William H.*
*Easter III, Gary W. Edwards, Ursula O.*
*Fairbairn, John P. Jones, III, James G. Kaiser,*
*Brin P. MacDonald, and John K. Wulff.*

Of Counsel:

William Savitt
Vincent G. Levy
Anitha Reddy
WACHTELL, LIPTON, ROSE & KATZ
51 W. 52nd Street
New York, NY 10019
(212) 403-1000
wdsavitt@wlrk.com
vglevy@wlrk.com
areddy@wlrk.com

David Smith
Theresa E. Loscalzo
Marieke Tuthill Beck-Coon
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Phladelphia, PA 19103-7286
(215) 751-2000
dsmith@schnader.com
tloscalzo@schnader.com
mbeck-coon@schnader.com
**Method of Service:**  CM/ECF

*Counsel for Defendants Energy Transfer*
*Partners, L.P., Kelcy L. Warren, Martin*
*Salinas, Jr., Bill W. Byrne, Marshall S.*
*McCrea, III, Paul E. Galske, Ted Collins, Jr.*
*and Michael K. Grimm.*

Of Counsel:

Michael Holmes
Vinson & Elkins LLP
2001 Ross Avenue, Suite 3700
Dallas, TX 75201
(214)220-7814
Mholmes @velaw.com

Blair Connelly
LATHAM & WAKINS LLP
885 Third Ave.
New York, NY 10022
(212) 906-1200
blair.connelly@lw.com