# FARUQI & FARUQI, LLP

ATTORNEYS AT LAW

101 GREENWOOD AVENUE, SUITE 600
JENKINTOWN, PENNSYLVANIA 19046
(215) 277-5770

TELECOPIER: (215) 277-5771
WEBSITE: www.faruqilaw.com

January 7, 2013

**VIA FACSIMILE**

The Honorable Judge Paul S. Diamond
United States District Court for the
Eastern District of Pennsylvania
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1792

      Re:    **Turberg v. Sunoco, Inc., et al.**
            **Civ. Action No. 2:12-cv-03831-PD**

Dear Judge Diamond:

     In response to Ms. Wilson's call of January 4, 2013, requesting a proposed order on Plaintiff's Application to Modify Order of Dismissal, in lieu of submitting a proposed order, enclosed please find a courtesy copy of Plaintiff's Notice of Withdrawal of Application to Modify Order of Dismissal, With Prejudice.

     If the court has any questions, please contact me at your convenience.

Respectfully,

Jacob A. Goldberg

JAG/kg

Encl.

Cc:   Michael C. Holmes, Esq. (via email only)
       William D. Savitt, Esq. (via email only)